# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

———————

No. 98-2098

———————

Yvette Mosley,

        Appellant,

v.

Kenneth S. Apfel, Commissioner of
Social Security,

        Appellee.

\*
\*
\*
\*  Appeal from the United States
\*  District Court for the
\*  Eastern District of Missouri
\*
\*  [UNPUBLISHED]
\*
\*

———————

Submitted:  October 7, 1998

Filed:  October 23, 1998

———————

Before  McMILLIAN,  RICHARD  S.  ARNOLD,  and  MORRIS  SHEPPARD
     ARNOLD, Circuit Judges.

———————

PER CURIAM.

Yvette Mosley appeals from the final judgment entered in the District Court[1] for the Eastern District of Missouri, which affirmed the Commissioner's decision to deny

———————

[1]The Honorable George F. Gunn, Jr., late a United States District Judge for the Eastern District of Missouri, adopting the report and recommendations of the Honorable Thomas C. Mummert III, United States Magistrate Judge for the Eastern District of Missouri.

Mosley disability insurance benefits and supplemental security income. Having carefully reviewed the record and the parties' submissions, we affirm the judgment of the district court. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.